# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 23-46-UNA |
| DWAYNE FOUNTAIN and WILLIAM WARREN, | REDACTED ~~SEALED~~ unsealed 5/17/23 |
| Defendants. | |



## INDICTMENT

MAY 11 2023

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about April 16, 2023, in the District of Delaware, DWAYNE FOUNTAIN and WILLIAM WARREN, defendants herein, did knowingly distribute a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C) and Title 18, United States Code, Section 2.

### NOTICE OF FORFEITURE

Upon conviction for the controlled substance offense alleged in Count One of this Indictment, the defendants, DWAYNE FOUNTAIN and WILLIAM WARREN, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting or derived from proceeds obtained, directly or indirectly, as a result of said violation, and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, said violation.

If any of the property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 21, United States Code, Sections 853 & 881, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL:

_____
Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Jennifer K. Welsh
Samuel Frey
Assistant United States Attorneys

Dated: May 11, 2023

I, __DWAYNE FOUNTAIN__ having been presented with a copy of the Indictment, upon arraignment, I do hereby enter a plea of __Not__ guilty to the Indictment filed in this case.

Dated this ____ day of _____, 20__23__

_____
Deft.

_____
Cnsl.


I, __WILLIAM WARREN__ having been presented with a copy of the Indictment, upon arraignment, I do hereby enter a plea of __Not__ guilty to the Indictment filed in this case.

Dated this ____ day of _____, 20__23__

_____
Deft.

_____
Cnsl.